**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

September 2, 2026

**Application granted. So ordered.**

**/s/ John G. Koeltl, U.S.D.J.**
**September 3, 2026**

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Garcia, et al. v. Rosado, et al.*, SDNY No. 26-cv-6715 (JGK)

Dear Judge Koeltl:

The Office of the New York State Attorney General ("OAG") has received requests for representation from defendants Rossana Rosado, Stephanie Russell, Stephanie Hoffman, Kelly Conlon, David Mahany, Adam Dean, Michael Bonse, Colleen Glavin, and Jennifer Grasso, who are current employees of the Division of Criminal Justice Services, and are each named in their official and individual capacities in the above-referenced action. OAG respectfully requests an extension of time, from September 9, 2026 to October 9, 2026, for these defendants to answer or otherwise respond to the Complaint. The requested extension is necessary for OAG to finalize the statutorily-mandated representation process pursuant to N.Y. Public Officers' Law § 17, and to investigate the allegations in the Complaint and prepare an appropriate response. This is the first request for an extension of time to respond to the Complaint. Plaintiffs' counsel consents to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/Yuval Rubinstein*
Special Litigation Counsel
(212) 416-8673
yuval.rubinstein@ag.ny.gov

cc: All counsel of record (Via ECF)