UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANEL GARCIA, ET AL.,

Plaintiffs,

- against -

ROSSANA ROSADO, ET AL.,

Defendants.

26-cv-6715 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The pre-motion conference scheduled for October 19, 2026 is canceled.

In view of the defendants' pre-motion letter dated October 8, 2026 (ECF No. 11), the plaintiffs may file an amended complaint by **October 29, 2026.** The defendants may answer or move to dismiss the complaint or the amended complaint by **November 20, 2026,** without seeking another pre-motion conference. If the defendants so move, the plaintiffs shall respond by **December 11, 2026**, and the defendants shall reply by **December 30, 2026**.

If the defendants do not move to dismiss, the parties should file a Rule 26(f) Report by **December 11, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
October 15, 2026

John G. Koeltl
United States District Judge